KATERI RESIDENCE, a Not-For-Profit Corporation, et al., Respondents, v ANTONIA C. NOVELLO, M.D., as Commissioner of Department of Health of State of New York, et al., Appellants.

Submitted January 7, 2013; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action/proceeding within the meaning of the Constitution.

Judge RIVERA taking no part.

In the Matter of DANIEL Z. RAPOPORT et al., Executors of the Estate of BORIS LURIE, Deceased. AMERICAN FRIENDS OF NEW COMMUNITIES IN ISRAEL INC. et al., Proposed Intervenors-Appellants; RICHARD NADELMAN et al., Respondents, and BORIS LURIE ART FOUNDATION, Respondent, et al., Respondent.

Submitted December 10, 2012; decided February 12, 2013

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order affirming the order that denied the motion to intervene, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the remainder of the Appellate Division order, dismissed upon the ground that absent an order of intervention, movants are not parties to the proceeding and thus lack capacity to challenge that part of the order.

Judge RIVERA taking no part.